UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | Case No.16-57368 |
| | : | |
| | : | |
| Jeremy Powell | : | Chapter 13 |
| Beatrice Powell | : | |
| | : | |
| Debtor | : | Judge: Hoffman |

**NOTICE OF DEBTOR'S CHANGE OF ADDRESS**

**Now comes** the above referenced Debtors, Jeremy Powell and Beatrice Powell, by and through counsel and hereby notifies this Court that she has moved. Debtor's new address is:

Jeremy and Beatrice Powell
21858 Deercreek Road
Mt Sterling OH 43143

All future correspondence and notices to Debtor should be directed to this address.

Respectfully submitted,

 /s/ David B. Schultz
David B. Schultz (0077281)
Attorney for Debtor
580 East Rich Street
Columbus, Ohio 43215
Phone: (614) 224-1500
Fax: (614) 224-2894
dschultz@lawlh.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2017, a copy of the foregoing Notice of Debtor's Change of Address was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

- Asst US Trustee (Col)     ustpregion09.cb.ecf@usdoj.gov
- Erin Marie Dooley     Erin.Dooley@mifsudlaw.com, brian.gianangeli@mifsudlaw.com;erin@emdooley.com
- Faye D. English     notices@ch13columbus.com
- David B Schultz     dschultz@lawlh.com, mcowell@lawlh.com
- D. Anthony Sottile     bankruptcy@sottileandbarile.com

and on the following by **ordinary U.S. Mail** addressed to:


Jeremy and Beatrice Powell
99 Church Street
Groveport OH 43125


American InfoSource LP as agent for
T MobileTMobile USA Inc
PO Box 248848
Oklahoma City OK 731248848

Avant Inc
640 N Lasalle St
Chicago, IL 60654

Capital One Auto Finan
3901 Dallas Pkwy
Plano, TX 75093

Capital One Auto Finance
a division of Capital One, N.A.
P.O. Box 165028
Irving, TX 75016

Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Cerastes, LLC
C/O Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

Choice Recovery
1550 Old Henderson Rd St
Columbus, OH 43220

Comenity Bank/torrid
Po Box 182685
Columbus, OH 43218

Comenity Bank/womnwthn
4590 E Broad St
Columbus, OH 43213

Commonwealth Financial
245 Main St
Dickson City, PA 18519

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193

CW Nexus Credit Card Holdings l, LLC
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256

First National Collection Bureau
610 Waltham Way
Sparks, NV 89434

Fortiva/atlanticus
Po Box 105555
Atlanta, GA 30348

Franklin Collection Sv
2978 W Jackson St
Tupelo, MS 38801

Gensis Lending
15220 NW Greenbrier Pkwy STE 200
Beaverton, OR 97006

HC Processing Center
PO Box 829
Springdale, AR 72765

Hccredit/feb
203 E Emma Ave Ste A
Springdale, AR 72764

I C System Inc
Po Box 64378
Saint Paul, MN 55164

Internal Revenue Service
Dept. of Treasury/Bureau of Fiscal Serv.
P.O. Box 1686
Birmingham, AL 35201-1686

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

LVNV Funding, LLC its successors and assigns as
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Maguire & Schneider LLP
1650 Lake Shore Drive Ste 150
Columbus, OH 43204

Meade & Associates
737 Enterprise Dr
Westerville, OH 43081

MEADE AND ASSOCIATES
737 ENTERPISE DR
LEWIS CENTER OHIO 43035

Med Data Sys
1374 S Babcock St
Melbourne, FL 32901

Merrick Bank
Pob 9201
Old Bethpage, NY 11804

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Mrs Bpo Llc
1930 Olney Ave
Cherry Hill, NJ 08003

NCP Finance Limited Partnership as brokered by Che
C/O Real Time Resolutions, Inc.
PO Box 566027
Dallas, TX 75356-6027

NCP Finance Ohio LLC
205 Sugar Camp Circle Dept CSM
Dayton, OH 45409

Ohio Department of Taxation

Ohio State Medical Center
410 W. 10th Avenue
Columbus, OH 43210

Pmab Srvc
4135 S Stream Blvd Ste 4
Charlotte, NC 28217

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
CP Medical LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC

PO Box 788
Kirkland, WA 98083-0788

Santander Consumer USA
PO BOX 560284
Dallas, Texas 75356

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161

Santaner Consumer USA
PO Box 961245
Fort Worth, TX 76161-1245

Sternrecsvcs
415 N Edgeworth St Suite 210
Greensboro, NC 27401

Syncb/hh Gregg
C/o Po Box 965036
Orlando, FL 32896

The OSU Wexner Medical Center
PO Box 643684
Pittsburgh, PA 15264-3684

United Consumer Finl S
865 Bassett Rd
Westlake, OH 44145

University Accounting Service LLC
100 S Owasso Blvd
Saint Paul, MN 55117

Verizon Wireless
Po Box 49
Lakeland, FL 33802

Vesha and Janikian LLC
Merion Village Dental
1250 S High Street
Columbus, OH 43206-3446

Webbank/fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303

Webbank/fingerhut Fres
6250 Ridgewood Rd
Saint Cloud, MN 56303

/s/David Schultz
David B. Schultz
(0077281)